AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

TODD MCCLATCHIE,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-cv-00115-RCJ-VPC**

MORTGAGEIT, INC., et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss #(22) is **GRANTED**.

  September 9, 2011                               **LANCE S. WILSON**
                                                      Clerk

                                                      /s/ D. R. Morgan
                                                     Deputy Clerk