AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

TODD MCCLATCHIE,

    Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-cv-00115-RCJ-VPC**

MORTGAGEIT, INC., et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss #(22) is **GRANTED**.

  September 9, 2011                      **LANCE S. WILSON**
                                                               Clerk

                                                              /s/ D. R. Morgan
                                                                Deputy Clerk