J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants BAC Home Loans Servicing, LP, ReconTrust Company, N.A. and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TODD MCCLATCHIE, | Case: 3:11-cv-00115-RCJ-VPC |
| Plaintiff, | |
| vs. | |
| MORTGAGEIT, INC.; STEWART TITLE OF NORTHERN NEVADA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. [MERS]; RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP; FIRST AMERICAN TITLE INSURANCE COMPANY; et al., | **ORDER CANCELING LIS PENDENS** |
| Defendants. | |

This Court granted Defendants, BAC Home Loans Servicing, LP. ReconTrust Company, N.A. and Mortgage Electronic Registration Systems, Inc. ("Defendants"), Motion to Dismiss on September 8, 2011 [DE 25].

The Court finds that Plaintiff filed a Notice of Pendency of Action (the "Lis Pendens") on or about January 5, 2011, in the Second Judicial District Court of the State of Nevada before the action was removed to this Court. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

2.   This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Douglas County, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

By: _____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 4, 2011

Submitted by:

LEWIS AND ROCA LLP

By: /s/ J. Christopher Jorgensen
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

Attorneys for Defendants BAC Home Loans Servicing, LP, Recontrust Company, N.A. and Mortgage Electronic Registration Systems, Inc.

EXHIBIT "A"

# EXHIBIT "A"

APN# 534-081-14

Return TV &
**Recording Requested by:**
Name: Rick Lawton ESQ
Address: 1460 Hwy 95A North St.
City/State/Zip: Fernley, NV 89408

**When Recorded Mail to:**
Name: Same as above
Address: _____
City/State/Zip: _____

**Mail Tax Statement to:**
Name: _____
Address: _____
City/State/Zip: _____

DOC # 3960745
01/05/2011 02:00:42 PM
Requested By
RICK LAWTON
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $17.00  RPTT: $0.00
Page 1 of 4

( for Recorder's use only )

Notice of Lis Pendens
( Title of Document )

Please complete Affirmation Statement below:

☑ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law: _____
(State specific law)

_____          _____
Signature                 Title

Rick Lawton
Printed Name

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.    (Additional recording fee applies)

-1-

FILED
2011 JAN -5 PM 1:33
HOWARD W. CONYERS
FILE COPY  BY  A. Poma
DEPUTY

Code: 1935
Rick Lawton, Esquire
State Bar Number 00694
1460 Hwy 95A, North #1
Fernley, NV 89408
775 867 5599
775 867 2559 [fax]
Attorney for Plaintiff(s)

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| TODD MCCLATCHIE,<br><br>Plaintiff.<br><br>vs.<br><br>MORTGAGEIT, INC.; STEWART TITLE OF NORTHERN NEVADA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. [MERS]; RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP; FIRST AMERICAN TITLE INSURANCE COMPANY; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No. CV11 00062<br><br>Dept. No. |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced

**TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiffs against the

above-named Defendants to quiet the title for the premises and real estate in the

Complaint in said action, and hereinafter described, and to determine all and every claim,

estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

1



CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office.
DATE: 1/5/10
HOWARD W. CONYERS, Clerk of the Second Judicial District Court, in and for the County of Washoe, State of Nevada.
By _____ Deputy